**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HONEYWELL INTERNATIONAL
INCORPORATED, ET AL.,

                Plaintiff(s),               CIVIL ACTION NO: 04-CV-73876-DT

v.

CAPITAL TOOL AND DESIGN, LTD
                Defendants
_____ /

## ORDER OF DISMISSAL

At a session of said Court, held in the
U.S. Courthouse and Federal Building,
at Detroit, Michigan, on _5/27/05_____

      PRESENT:    HONORABLE ROBERT H. CLELAND
                      UNITED STATES DISTRICT JUDGE

The Court having been advised by counsel that the above-entitled action has been

settled, therefore;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is,

**DISMISSED** without costs and without prejudice to the right of either party to move within sixty

(60) days to vacate this Order if settlement is not consummated. After 60 days from this date,

this dismissal is with prejudice.

                      S/Robert H. Cleland_____
                      ROBERT H. CLELAND
                      UNITED STATES DISTRICT JUDGE

Dated:  May 27, 2005

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this
date, May 27, 2005, by electronic and/or ordinary mail.
                      S/Lisa G. Teets_____
                      Case Manager and Deputy Clerk
                      (313) 234-5522